RECEIVED & FILED

JUN 2 3 25 PM '11

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

In re ) Case No. BK-S-10-10896 BAM
)
Cronin, Donna R. ) IN PROCEEDINGS UNDER CHAPTER 7
        Debtor(s) )
) NOTICE OF UNCLAIMED FUNDS
)

TO:     Clerk, United States Bankruptcy Court

FROM:  William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 2 | AT&T<br>Po Box 6918<br>The Lakes NV 88901 | | $ 337.47 |
| 6 | Harmon Medical Center<br>Po Box 2517<br>Columbus IN 47202 | $ 15.52 | |
| 7 | Kia Motors Finance<br>Po Box 20815<br>Fountain Valley CA 92728 | | $ 1,238.64 |
| 12 | Victor Vaisbort MD<br>2635 Box Canyon Dr<br>Las Vegas NV 89128 | $ 6.61 | |
| | Sub-Totals | $ 22.13 | $ 1,576.11 |
| | Total check | | $ 1,598.24 |

Date: May 24, 2011

_____
Trustee William A. Leonard, Jr.

RECEIPT #202075  $1598.24